COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:  01-14-00973-CV

Style:           *Peter D. Tran, Nam Van Nguyen, The Kim Hoang and Tuyen Ngoc Bui, on behalf of the Vietnamese Community of Houston & Vicinity, Inc. a non-profit corporation v. Aloysius Duy-Hung Hoang, Teresa Ngoc-Bich Hoang, Cavatina Truong, Skybird Nguyen and Hoc Nhu Phan*

Type of motion:        Motion for rehearing

Party filing motion:    Appellants

          Appellants' motion for rehearing is **denied**.

Judge's signature:      /s/ Jane Bland
                        Acting for the Court

          Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Date:   December 17, 2015